IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRUCE B. WHITMAN, | : | Case No. 1:17-CV-00667 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| ESTATE OF ROY W. WHITMAN, ESTHER WHITMAN, EXTRX., et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER GRANTING DEFENDANT ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA'S MOTION TO JOIN INDISPENSABLE PARTIES (DOC. 3)**

This case is before the Court on the Motion to Join Indispensable Parties (Doc. 3) filed by Defendant Allianz Life Insurance Company of North America ("Allianz"). Allianz moves the Court for an order joining Laura Whitman ("Laura") and Joy P. Whitman ("Joy") as parties to this lawsuit pursuant to Fed. R. Civ. P. 19. In addition to serving the parties, Allianz served copies of its Motion on Laura and Joy. Neither the current parties nor Laura and Joy have opposed Allianz's Motion, and the time do so has expired. As Laura and Joy are indispensable parties and their joinder is proper under Fed. R. Civ. P. 19, the Court hereby **GRANTS** the Motion to Join Indispensable Parties (Doc. 3).

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, December 27, 2017.

s/Thomas M. Rose

---

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE