UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bruce B. Whitman,
Joy Whitman and
Laura Whitman, Plaintiffs

v.

Case No. 1:17-CV-00667
Judge Thomas M. Rose

Esther Whitman, Extrx.,
Estate of Roy M. Whitman,
M.D., et al

**Joint Motion to Release Interpleaded Funds, Dismiss Allianz's Impleader Claim for Relief with Prejudice, and Dismiss Esther Whitman, Executrix and the Estate of Roy M. Whitman From This Action with Prejudice**

Now come Plaintiffs and Defendant Esther Whitman, Executrix and the Estate of Roy M. Whitman (collectively, the "Movants"), and respectfully move the Court for the entry of an order (i) directing the Clerk of Courts to release and distribute the interpleaded funds as described herein; (ii) dismissing with prejudice Allianz Life Insurance Company of North America ("Allianz") interpleader claim; and (iii) dismissing with prejudice all claims against Defendant Esther Whitman, Executrix and the Estate of Roy M. Whitman (the "Estate"). In support of this Motion, Movants state as follows:

## Procedural Background

On October 15, 2017, Defendant, Allianz removed this case from the Hamilton County, Ohio, Court of Common Pleas and filed its Answer to the Third Amended Complaint along with Counterclaims and Cross-Claims for Interpleader and Declaratory Judgment. (Doc. #2) On December 8, 2017, Allianz filed a Motion to Implead Subject Annuities. (Doc. #21) This Motion was unopposed by the Plaintiffs, Defendant Frederick Tucker ("Tucker"), and the Estate. On January 19, 2018, the Court issued an Entry and Order Granting Defendant Allianz's Motion to Implead Subject Annuities and ordering Allianz to deposit all annuity payments due into the Court's registry. (Doc. #29) Finally, on February 1, 2018, Allianz filed Notice of Deposit of Impleaded Annuities (Doc. #30), and sent a letter and three checks to the Office of the Clerk, Southern District of Ohio, each check in the amount of $15,014.43, for a total deposit of $45,043.29 (the "Deposited Funds").

## Joint Motion and Resolution Regarding Funds

Movants have reached an agreement concerning the distribution of the Deposited Funds. To implement that agreement, Movants ask the Court to enter an Order directing the Clerk of Courts to release the Deposited Funds as follows:

1. To: John L. Heilbrun, Counsel for the Plaintiffs, $42,000.00; and

2. To: Donald J. Rafferty, Counsel for Esther Whitman, Executrix, $3,043.29.

Undersigned counsel will then distribute the funds in accordance with a confidential settlement agreement entered into between these parties.

In light of the complete resolution of the issues concerning the distribution of the Deposited Funds, Movants move the Court to (a) dismiss the First Claim for Relief, Interpleader, in the Allianz Counterclaims and Cross-Claims (P. 14, Doc. #2); and (b) dismiss the Estate from this action, with prejudice. All other claims, counterclaims, and cross-claims between and among Plaintiffs, Allianz, and Tucker shall remain pending for further adjudication by this Court.

**The Relief Requested is Warranted**

Movants have entered into a confidential settlement, part of which is an agreement as to how to divide the Deposited Funds that constitute the proceeds of the Allianz annuities at issue herein. The Movants also have resolved Plaintiffs other Claims for Relief against the Estate as stated in the Third Amended Complaint. (Doc. #7)

The other Defendants are not prejudiced by this partial settlement or the relief requested in this Motion. Allianz stated in its Impleader Motion (Doc. #21, P. 2), "Allianz has no interest or claim to retain the rights to payment established

by the annuity contracts;…," and Tucker did not object to the interpleader procedure and has not asserted any claim to the Deposited Funds. Further, other than interpleader, neither Allianz nor Tucker made any claims against the Estate or the Executrix. The goal of the Interpleader claim is now accomplished and, therefore, there is no reason the Estate (or the Executrix of the Estate) to remain as parties. Accordingly, the Estate (and the Executrix of the Estate) should be dismissed with prejudice.

**Conclusion**

For all of the foregoing reasons, Movants request the Court to enter an Order granting the following relief:

1. Directing the Clerk of Court to release the Deposited Funds as follows:
   a. $42,000.00 to John L. Heilbrun,
   b. $ 3,029.43 to Donald J. Rafferty;

2. Dismissing Esther Whitman, Executrix and the Estate of Roy M. Whitman from any and all claims and crossclaims with prejudice;

3. Dismissing Allianz First Claim for Relief (Interpleader) in its Counterclaim and Crossclaim with prejudice; and

4. Determining that the remaining of the claims and counterclaims between and among the Plaintiffs, Allianz, and Tucker shall remain pending for further adjudication by this Court.

Respectfully Submitted,

*/S/ John L. Heilbrun*
John L. Heilbrun (0010192)
Attorney for Plaintiffs
9403 Kenwood Rd. Ste. B-110
Cincinnati, OH 45242
Tel: (513) 321-3940
John@johnheilbrun.com

*/S/ Donald J. Rafferty*
Donald J. Rafferty, Esq. (0042614)
Cohen, Todd, Kite and Stanford, LLC,
Suite 2350, 250 E. Fifth Street
Cincinnati, Ohio, 45202
Tel: (513) 333-5243
drafferty@ctks.com

## CERTIFICATE OF SERVICE

John Heilbrun and Donald J. Rafferty hereby certify that on April 9, 2018, the Joint Motion to Release Interpleaded Funds, Dismiss Allianz's Impleader Claim for Relief with Prejudice, and Dismiss Esther Whitman, Executrix and the Estate of Roy M. Whitman From This Action with Prejudice was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties and/or counsel of record.

*/S/ John L. Heilbrun*

*/S/ Donald J. Rafferty*