# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BRUCE B. WHITMAN, et al.,

            **Plaintiffs,**

-vs-                              Case No. 1:17-cv-667

ESTATE OF ROY W. WHITMAN,
ESTER WHITMAN, EXTRX., et al.,

            **Defendants.**

## CASE TERMINATION NOTICE

Pursuant to the Entry and Order Granting Joint Motion to Release Interpleaded Funds and Denying Defendant Allianz Life Insurance Company of North America's Motion for Award of Attorneys' Fees and Expense (doc. 59), this case is ordered terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this 5th day of July, 2018.

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT